# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 JAN 14 PM 12:46
*Clerk's Office File Stamp*
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Sammartino  *Pro Se*
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 1/8/08
CASE NO.: 07cv2413 JLS (AJB)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Machado v. Tilton, et al.
DOCUMENT ENTITLED: Letter to Clerk

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing ~~time and date on~~ motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☑ | 77.2 | OTHER: Letter requests relief not grantable by Clerk without further direction of the Judge / *IFP still pending.* |

Date forwarded: 1/9/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se inmate? ☑ Yes ⓃⓄ Court Copy retained by chambers ☐
*(per Plaintiff's request)*

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Sammartino

Dated: 1/14/08   By: KMB, PSLC
cc: All Parties

**REJECTED**

To: Clerk of Court

07cv2413 JLS(AJB)

I am <u>very</u> sorry to bother you with this. Due to reasons of safety and security "PLEASE" DO NOT send this back to me.

It needs to reach the F.B.I.

Had I put their address on the outside of this envelope it might have drawn unwanted attention.

"Thank You So Much For Your Help"

(Happy New Year)